

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00689-CR

Calvin Pierre **HOPKINS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10972
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due on December 14, 2022. To date, no brief or motion for extension of time to file the brief has been filed.

We order Appellant's counsel Patrick B. Montgomery to file a motion for extension of time, a motion to dismiss, or the brief within TEN DAYS of the date of this order.

If no brief or motion is filed by that date, we will ABATE this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's counsel is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.



MICHAEL A. CRUZ, Clerk of Court